# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 MAY 31 PM 2: 36

DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 13CR0385-CAB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| AGUSTIN IVAN RIVERA-MARTINEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

Title 8, U.S.C. Sec. 1326(a) and (b) - Removed Alien found in the United States.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 31, 2013

Cathy Ann Bencivengo
U.S. District Judge